Nora Y. Kaprielian (SBN 316348)
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA  90067
Telephone: 310-556-1801
Facsimile: 310-556-1802
Email:     nkaprielian@polsinelli.com

Attorneys for Defendant
EXETER FINANCE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH PICKETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> EXETER FINANCE LLC, <br><br> Defendant. | Case No. 2:20-cv-09083 <br><br> **NOTICE OF MOTION TO DISMISS COMPLAINT** <br><br> [*Filed concurrently with (1) Memorandum of Points and Authorities in Support of Motion to Dismiss and (2) [Proposed] Order*] <br><br> Date:        January 8, 2021 <br> Time:        8:30 a.m. <br> Place:       Courtroom 6C, U.S. Courthouse, 350 W. 1st St., Los Angeles, California  90012 <br><br> Complaint Filed:   August 20, 2020 <br> Trial Date:        None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on January 8, 2021 at 8:30 a.m. in Courtroom 6C of the above-titled Court located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendant Exeter Finance LLC ("Defendant" or "Exeter"), by and through its counsel, will and hereby does move the Court for an Order Dismissing this action with prejudice.

1       This Motion is based on this Notice, the accompanying Memorandum of
2  Points and Authorities and [Proposed] Order filed contemporaneously herewith, all
3  documents and pleadings filed with the Court herein, and such other oral and
4  documentary evidence as the Court may consider at the time of the hearing.

Dated:  November 9, 2020       POLSINELLI LLP

By: *Nora Kaprielian*
    Nora Y. Kaprielian

Attorneys for Defendant
EXETER FINANCE LLC